# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ERICKSON'S DRYING SYSTEMS, INC.,

    Plaintiff,

v.                                                          Case No: 2:11-cv-581-Ftm-99SPC

QBE INSURANCE CORPORATION,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Stipulation of Settlement and Request to Stay Case Pending Appraisal (Dkt. #25).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Stipulation of Settlement and Request to Stay Case Pending Appraisal (Dkt. #25) is GRANTED.

2. This case is STAYED pending appraisal.

3. The Court reserves jurisdiction upon completion of the appraisal to resolve any dispute as to a reasonable amount of attorneys' fees due to the Plaintiff.

4. The parties are directed to file a Joint Status Report within thirty (30) days of the execution of an appraisal award.

5. The Clerk is directed to administratively CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of August, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\FT MYERS cases\11-cv-581 stay 25.docx