**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ERICKSON'S DRYING SYSTEMS, INC.,

    Plaintiff(s),

v.                                        Case No:  2:11-CV-581-UA-SPC

QBE INSURANCE CORPORATION,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sheri Polster Chappell (Dkt. #33), Movant Riviera Ft. Myers Condominium Association, Inc.'s Objections (Dkt. #34) and the Joint Response (Dkt. #35).

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #33) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.	Movant Riviera Ft. Myers Condominium Association, Inc.'s Motion to Intervene (Dkt. #29) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on November 20, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\FT MYERS cases\11-cv-581.adopt 33.wpd