UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERICKSON'S DRYING SYSTEMS
CORP.,

    Plaintiff,

v.                               Case No:  2:11-cv-581-FtM-38UAM

QBE INSURANCE CORPORATION,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. #37), filed on June 17, 2013.  All parties who have appeared in the action have signed the stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    Accordingly, it is now **ORDERED:**

(1) The Clerk of the Court is directed to re-open the case, to lift the stay, and to remove the stay flag from this case.

(2) The Joint Stipulation for Dismissal with Prejudice (Doc. #37) is **GRANTED**. The case is **dismissed with prejudice** pursuant to the Parties' stipulation.

(3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record